AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M. | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 13 A 9: 43
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. June 30 | Slade Gorton & Co., Inc., (closely held ███ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. New York Intellectual Property Lawyers Association | | | | reimbursement for lodging and travel by train ███ from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/28/08 at Waldorf Astoria |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rocky Bay Trust (a MA business trust) (common stock) | G | | N | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | J | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | C | Dividend | L | T | | | | | |
| 4. Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 5. American Intl Group, Inc. | | | | | Buy | 2/7 | J | | |
| 6. Cisco Corp | | | | | Buy | 2/12 | J | | |
| 7. Target Corp | | | | | Buy | 2/26 | J | | |
| 8. Peabody Energy Corp. | | | | | Sold | 4/25 | J | A | |
| 9. Medtronic, Inc. | | | | | Sold | 4/25 | J | D | |
| 10. American Intl Group, Inc. | | | | | Buy | 4/29 | J | | |
| 11. Sysco Corp | | | | | Sold | 4/30 | J | D | |
| 12. Exxon Mobil Corporation | | | | | Sold | 5/7 | J | C | |
| 13. Cameco Corp. | | | | | Sold | 6/5 | J | | |
| 14. Teck Cominco Ltd CL B | | | | | Sold | 6/5 | J | A | |
| 15. Southern Copper Corp. | | | | | Sold | 6/5 | J | A | |
| 16. Stillwater Mng Co | | | | | Sold | 6/5 | J | A | |
| 17. Lundin Mining Corp | | | | | Sold | 6/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stillwater Mng Co | | | | | Sold | 6/6 | J | A | |
| 19. Transocean Inc. New | | | | | Buy | 8/12 | J | | |
| 20. IShares Inc. MSCI Pac J Idx | | | | | Buy | 9/17 | J | | |
| 21. IShares TR MSCI Emerg Mkt | | | | | Buy | 9/17 | J | | |
| 22. American Intl Group Inc. | | | | | Sold | 9/18 | J | | |
| 23. Microsoft Corp | | | | | Sold | 9/25 | J | C | |
| 24. Target Corp. | | | | | Buy | 9/29 | J | | |
| 25. Spdr Gold Trust | | | | | Buy | 9/30 | J | | |
| 26. Newmont Mng Corp | | | | | Sold | 9/30 | J | | |
| 27. Bank of America Corp. | | | | | Sold | 10/14 | J | | |
| 28. American Express Co. | | | | | Sold | 11/24 | J | | |
| 29. Transocean Inc. New | | | | | Sold | 12/15 | J | | |
| 30. Emerson Elec Co. | | | | | Buy | 12/15 | J | | |
| 31. Exelon Corp. | | | | | Buy | 12/18 | J | | |
| 32. Emerson Elec Co. | | | | | Buy | 12/18 | J | | |
| 33. Vodafone Group Inc. | | | | | Buy | 12/18 | J | | |
| 34. IShares Inc. MSCI PAC J Idx | | | | | Sold | 12/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Peabody Energy Corp. | | | | | Sold | 12/18 | J | | |
| 36.  Carerpillar, Inc. | | | | | Sold | 12/18 | J | | |
| 37.  RPM Inc. Ohio | | | | | Sold | 12/18 | J | | |
| 38.  Boston Financial Management, Inc. IRA | | None | P1 | T | | | | | |
| 39.  Federal Farm Credit Bank (bond) | | | | | Sold | 1/16 | K | | |
| 40.  Federal Farm Credit Bank (bond) | | | | | Sold | 1/22 | K | | |
| 41.  Peabody Energy Corp | | | | | Buy | 1/24 | J | | |
| 42.  Cisco Corp | | | | | Buy | 1/29 | J | | |
| 43.  Citrix Sys Inc. | | | | | Buy | 1/29 | J | | |
| 44.  IShares Tr Russl 2000 Indx | | | | | Buy | 1/29 | J | | |
| 45.  American Intl Group Inc. | | | | | Buy | 1/29 | J | | |
| 46.  American Intl Group Inc | | | | | Buy (add'l) | 2/7 | | | |
| 47.  Procter & Gamble Company | | | | | Sold | 2/7 | K | D | |
| 48.  Dodge & Cox Fds Intl Stk Fd | | | | | Buy | 2/12 | K | | |
| 49.  Automatic Data Processing | | | | | Buy | 2/13 | J | | |
| 50.  Abbott Labs | | | | | Buy | 2/13 | J | | |
| 51.  American Intl Group Inc. | | | | | Buy | 2/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Cisco Corp | | | | | Buy | 2/13 | J | | |
| 53.  Eaton Vance Corp Non Vtg | | | | | Buy | 2/13 | J | | |
| 54.  IShares Tr Russl 2000 Indx | | | | | Buy | 2/13 | J | | |
| 55.  JPMorgan Chase & Co. | | | | | Buy | 2/13 | K | | |
| 56.  Pitney Bowes Inc. | | | | | Buy | 3/13 | K | | |
| 57.  Air Prods & Chems Inc. | | | | | Buy | 3/17 | K | | |
| 58.  Avon Products Inc. | | | | | Buy | 3/26 | K | | |
| 59.  IShares Tr Eafe Idx | | | | | Buy | 3/28 | K | | |
| 60.  Royce Fd Penn Mut Inv | | | | | Buy | 3/31 | J | | |
| 61.  United Health Group Inc. | | | | | Sold | 4/25 | J | | |
| 62.  Medtronic Inc. | | | | | Sold | 4/25 | K | D | |
| 63.  JPMorgan Chase & Co. | | | | | Buy | 4/29 | J | | |
| 64.  Eaton Vance Corp Non Vtg | | | | | Buy | 4/29 | J | | |
| 65.  Exxon Mobil Corporation | | | | | Sold | 4/29 | J | D | |
| 66.  State Street Corp | | | | | Buy | 4/30 | K | | |
| 67.  Sysco Corp | | | | | Sold | 4/30 | K | E | |
| 68.  SBC Communications Inc. | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank New York Mellon Corporation | | | | | Buy | 5/19 | J | | |
| 70. American Intl Group Inc. | | | | | Buy (add'l) | 5/19 | J | | |
| 71. Aflac Inc. | | | | | Buy | 5/19 | J | | |
| 72. Cameco Corp | | | | | Sold | 6/5 | J | | |
| 73. Teck Cominco Ltd Cl B | | | | | Sold | 6/5 | J | B | |
| 74. Southern Copper Corp | | | | | Sold | 6/5 | J | B | |
| 75. Stillwater Mng Co | | | | | Sold | 6/5 | J | A | |
| 76. Lundin Mining Corp | | | | | Sold | 6/5 | J | | |
| 77. Stillwater Mng Co. | | | | | Sold | 6/6 | J | A | |
| 78. Cameco Corp | | | | | Sold (part) | 6/9 | J | | |
| 79. Stillwater Mng Co | | | | | Sold (part) | 6/9 | J | A | |
| 80. Spdr Gold Trust | | | | | Buy | 6/25 | J | | |
| 81. Peabody Energy Corp | | | | | Buy | 8/20 | J | | |
| 82. Procter & Gamble Company | | | | | Sold (part) | 8/28 | J | D | |
| 83. Bank New York Mellon Corporation | | | | | Sold | 8/28 | J | | |
| 84. Google Inc Cl A | | | | | Buy | 8/29 | J | | |
| 85. Air Prods & Chems Inc. | | | | | Buy | 8/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Walgreen Company | | | | | Buy | 9/3 | K | | |
| 87. CVS Corp | | | | | Sold | 9/3 | K | E | |
| 88. Lowes Cos Inc. | | | | | Buy | 9/5 | J | | |
| 89. Novo-Nordisk As Adr - B | | | | | Buy | 9/16 | K | | |
| 90. Bank of America | | | | | Sold | 9/16 | K | D | |
| 91. IShares Inc. MSCI PAC J Indx | | | | | Buy | 9/17 | J | | |
| 92. IShares Tr Russl 2000 Indx | | | | | Buy | 9/17 | J | | |
| 93. American Intl Group Inc. | | | | | Sold | 9/17 | J | | |
| 94. Network Appliance, Inc. (NETAPP) | | | | | Sold | 9/26 | J | | |
| 95. Spdr Gold Trust | | | | | Buy | 9/30 | J | | |
| 96. Newmont Mng Corp | | | | | Sold | 9/30 | J | | |
| 97. State Street Corp. | | | | | Sold | 10/7 | K | | |
| 98. Aflac Inc. | | | | | Sold | 10/15 | K | | |
| 99. Emerson Electric Co. (bond) | | | | | Sold | 10/15 | K | B | |
| 100. Vodafone Group Inc. | | | | | Buy | 10/17 | J | | |
| 101. Peabody Energy Corp. | | | | | Buy | 10/23 | J | | |
| 102. Raytheon Co. | | | | | Sold | 10/28 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Natl Rural Util | | | | | Buy | 11/16 | K | | |
| 104. Georgia Power Co. | | | | | Buy | 11/17 | K | | |
| 105. Boston Financial Management, Inc. revocable trust | B | Int./Div. | L | T | | | | | See Section VIII |
| 106. Raytheon Co. | | | | | Sold | 1/18 | J | A | |
| 107. Brinker Intl Inc. | | | | | Sold | 2/8 | J | | |
| 108. Peabody Energy Corp | | | | | Sold | 4/25 | J | A | |
| 109. Medtronic Inc. | | | | | Sold | 4/25 | J | B | |
| 110. Exxon Mobile Corporation | | | | | Sold | 5/7 | J | A | |
| 111. Cameco Corp | | | | | Sold | 6/5 | J | | |
| 112. Teck Cominco Ltd Cl B | | | | | Sold | 6/5 | J | A | |
| 113. Southern Copper Corp | | | | | Sold | 6/5 | J | A | |
| 114. Stillwater Mng Co | | | | | Sold | 6/5 | J | A | |
| 115. Lundin Mining Corp | | | | | Sold | 6/5 | J | | |
| 116. Powershares Global Water Portfolio | | | | | Buy | 6/6 | J | | |
| 117. Stillwater Mng Co. | | | | | Sold | 6/6 | J | A | |
| 118. Cameco Corp | | | | | Sold | 7/10 | J | | |
| 119. Bank of America | | | | | Sold | 9/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Spdr Gold Trust | | | | | Buy | 9/30 | J | | |
| 121. Newmont Mng Corp. | | | | | Sold | 9/30 | J | | |
| 122. Devon Energy Corp | | | | | Sold | 10/14 | J | A | |
| 123. Bank of America Corp | | | | | Sold | 10/14 | J | | |
| 124. Citrix Sys Inc. | | | | | Sold | 10/14 | J | | |
| 125. Raytheon Co. | | | | | Sold | 10/28 | J | A | |
| 126. Caterpillar Inc. | | | | | Sold | 12/10 | J | | |
| 127. Boston Financial Management, Inc. revocable trust ● | B | Int./Div. | L | T | | | | | See Section VIII |
| 128. Peabody Energy Corp | | | | | Sold | 2/5 | J | A | |
| 129. Emerson Elec Co | | | | | Sold | 2/5 | J | B | |
| 130. Johnson & Johnson | | | | | Sold | 2/5 | J | B | |
| 131. Raytheon Co | | | | | Sold | 2/5 | J | B | |
| 132. United Technologies Corp | | | | | Sold | 2/5 | J | A | |
| 133. Bank of America Corp | | | | | Sold | 2/5 | J | | |
| 134. Brinker Intl Inc. | | | | | Sold | 2/5 | J | | |
| 135. Citrix Sys Inc. | | | | | Sold | 3/6 | J | | |
| 136. Sysco Corp | | | | | Sold | 3/6 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Newmont Mng Corp | | | | | Sold | 4/14 | J | | |
| 138. Automatic Data Processing | | | | | Sold | 4/14 | J | B | |
| 139. Costco Whsl Corp | | | | | Sold | 4/14 | J | B | |
| 140. IShares Tr Russl 2000 Indx | | | | | Sold | 4/14 | J | | |
| 141. Peabody Energy Corp | | | | | Sold | 4/25 | J | A | |
| 142. Medtronic Inc. | | | | | Sold | 4/25 | J | B | |
| 143. American Intl Group Inc. | | | | | Buy | 4/29 | J | | |
| 144. Devon Energy Corp | | | | | Sold | 5/7 | | B | |
| 145. Teck Cominco Ltd Cl B | | | | | Sold | 6/5 | J | A | |
| 146. Cameco Corp | | | | | Sold | 6/5 | J | | |
| 147. Southern Copper Corp | | | | | Sold | | J | A | |
| 148. Stillwater Mng Co | | | | | Sold | 6/5 | J | A | |
| 149. Lundin Mining Corp | | | | | Sold | 6/5 | J | | |
| 150. Powershares Global Water Portfolio | | | | | Buy | 6/6 | J | | |
| 151. Stillwater Mng Co | | | | | Sold (part) | 6/6 | J | A | |
| 152. Transocean Inc. New | | | | | Buy | 8/12 | J | | |
| 153. American Intl Group Inc. | | | | | Buy | 8/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American Express Co. | | | | | Buy | 8/29 | J | | |
| 155. American Intl Group Inc. | | | | | Sold (part) | 9/18 | J | | |
| 156. American Intl Group Inc. | | | | | Sold (part) | 9/19 | J | | |
| 157. Bank of America Corp | | | | | Sold | 9/19 | J | | |
| 158. SPDR Gold Trust | | | | | Buy | 9/30 | J | | |
| 159. Newmont Mng Corp | | | | | Sold | 9/30 | J | | |
| 160. Raytheon Co | | | | | Sold | 10/28 | J | A | |
| 161. Google Inc. Cl A | | | | | Sold | 11/24 | J | | |
| 162. Bank of America Corp | | | | | Sold (part) | 11/24 | J | | |
| 163. America Express Co | | | | | Sold | 11/24 | J | | |
| 164. Transocean Inc. New | | | | | Sold | 12/10 | J | | |
| 165. Peabody Energy Corp | | | | | Sold | 12/10 | J | | |
| 166. IShares Tr Russl 2000 Indx | | | | | Sold | 12/10 | J | | |
| 167. Exelon Corp | | | | | Buy | 12/15 | J | | |
| 168. Vodafone Group Inc. | | | | | Buy | 12/15 | J | | |
| 169. SPDR Gold Trust | | | | | Sold | 12/15 | J | | |
| 170. Powershares Global Water Portfolio | | | | | Sold | 12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Bank of America | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1 - Rocky Bay Trust, a Massachusetts Business Trust, of which the reporting party is a shareholder, owns all of the stock of Slade Gorton & Co., Inc., a Massachusetts corp. ("the Company"). Income reported in Section VII by virtue of common stock holdings of the reporting party in Rocky Bay Trust is attributable to his pro rata share of the income of the Company which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders of the Trust whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial analyst.

Line 4 - In 1997 the reporting party ████████ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 38, 105 and 127 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

I.   Positions

| Position | Name of Organization/Entity |
|---|---|
| 1. Shareholder, Clerk/Secretary and Director | Rocky Bay Trust, a MA Business Trust, which owns all of the Stock of Slade Gorton & Co., Inc.. Boston, MA (closely held ███████ seafood business) |
| 2. Clerk and Director | Cambridge Animal Aid, Inc. Floral City, FL (non-profit animal aid organization operated by reporting party's ██████████ |
| 3. Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child welfare agency) |

**NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.**

| | | |
|---|---|---|
| 4. | Power of Attorney/Trustee | Fidelity money market accounts (for all shareholders of Rocky Bay Trust, all of whom are ████████████████████/ ███████████████████ of reporting party) |
| 5. | Trustee | Irrevocable Trust (created in connection with the estate plan of the reporting party's ██████████) |
| 6. | Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ██████████ |

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2009
Attachment #2

All of the listed holdings are of common stock unless otherwise noted.

Abbott Labs (stocks & bond)
Air Products & Chemicals, Inc.
American Express Co.
Anadarko Pete Co.
Apple Computer, Inc.
Automatic Data Processing, Inc.
Avon Products, Inc.
Bank of America Corp.
Caterpillar, Inc.
Cisco Corp.
Citrix Systems, Inc.
Costco Wholesale Corp.
CVS Corp.
Devon Energy Corp.
Dodge & Cox FDS Intl Stk Fund
Eaton Vance Corp.
Emerson Electric Co.
Exelon Corp.
Exxon-Mobil Corp.
Fedex Corp.*
Federal Home Loan Bank (bond)
Federal Home Loan Mortgage Corp. (bond)
Georgia Power Co.
Gilead Sciences, Inc.
Google, Inc.
IBM Int'l Group (bond)
JPMorgan Chase & Co.
Johnson & Johnson

Lowes Companies, Inc.
National Rural Utilities
New York Telephone Co. (bond)
Nike, Inc.
Novo-Nordisk AS ADR-B
Omnicom Group
Peabody Energy Corp.
Pepsico, Inc.
Pitney Bowes, Inc.
Powershares Global Water Portfolio
Procter & Gamble Co.
RPM, Inc. (Ohio)
Royce Fund Penn Mut Inv
SBC Communications, Inc.
Sigma Aldrich Corp.
SPDR Gold Trust
Staples, Inc.
Stryker Corp.
Sysco Corp..
Target Corp.
United Technologies Corp.
Vodafone Group, Inc.
Walgreen Company
WalMart Stores, Inc. (bond)
Wells Fargo & Co. New
Western Union Co.

Equity holdings based on indices:
      IShares, Inc. Morgan-Stanley Capital Int'l (MSCI) Pacific Rim ex-Japan Index
      IShares, Inc. MSCI Emerging Market Index
      IShares, Inc. Russell 2000 Index
      IShares Tr EAFE Index

*this stock was not listed on reporting party's Attachment #2 for 2008 by mistake; purchases were shown on lines 30 and 32 of Section VII of the "2008 report"